```
 1 | LAURA E. DUFFY
   | United States Attorney
 2 | PHILLIP L.B. HALPERN
   | Assistant U.S. Attorney
 3 | California State Bar No. 133370
   | Federal Office Building
 4 | 880 Front Street, Room 6293
   | San Diego, California 92101-8893
 5 | Telephone: (619) 557-5165
 6 | Attorneys for Plaintiff
   | United States of America
 7 |
```

FILED

11 NOV -1 PM 2:57

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 96CR2206-T |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | ORDER OF DISMISSAL AND WITHDRAWAL OF ARREST WARRANT |
| RAUL GONZALEZ (1), LAURA GONZALEZ (2), | ) | |
| Defendants. | ) | |

Leave of court is hereby granted for the dismissal without prejudice of the indictment in the above-captioned case, and any related arrest warrants are hereby withdrawn.

DATED: ~~October~~ Nov. 1, 2011.

_____
IRMA E. GONZALEZ
CHIEF, UNITED STATES DISTRICT JUDGE